# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  **JULIO C. BLANDON**   JOINT DEBTOR:  **LILIAM A. GURDIAM**   CASE NO.:  14-20094-AJC

Last Four Digits of SS# XXX-XX-6908  Last Four Digits of SS#    XXX-7959

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $  1,437.97    for months    1    to    60  ;

    B.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $  3,650.00 TOTAL PAID $2,000.00

                Balance Due  $ 1650.00    payable $   66.00   /month  (Months 1  to 25  )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal

Property:

1.  Chase_____            Arrearage on Petition Date    $10,000.00

Address:  P.O. Box 24696          Arrears Payment $  168.33 /month  (Months  1  to  60 )

Columbus, OH 43224

 Account No:  4651689640210__

               Regular Payment  $1,048.34  /month  (Months   1   to   60    )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.      None_____     Total Due  $_____

               Payable  $_____/month  (Months____ to ___) Regular Payment $____

Unsecured Creditors:  Pay $  11.50  /month (Months  1  to  25 ), $  77.50 /month (Months 26   to  60   ). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

 /s/ Julio  Blandon___                   /s/ Liliam  A. Gurdiam___

Debtor                                       Joint Debtor

Date:   5/29/2014                       Date:  5/29/2014