B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re  JULIO C BLANDON
　　　　LILIAM A GURDIAN                     ,         Case No.  14-20094AJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NCEP, LLC by AIS Data Services, LP as agent | SANTANDER CONSUMER USA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
NCEP, LLC
by AIS Data Services, LP as agent
PO Box 165028
Irving, TX  75016

Court Claim # (if known):       4
Amount of Claim:       $6,908.33
Date Claim Filed:      07/28/2014

Phone:  817-277-2011
Last Four Digits of Acct #:       0220

Phone:
Last Four Digits of Acct. #:     7710

Name and Address where transferee payments should be sent (if different from above):
NCEP, LLC
by AIS Data Services, LP as agent
PO Box 4138
Houston, TX  77210
Phone:  817-277-2011
Last Four Digits of Acct #:       0220

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Scott Beauchamp                              Date: 01/30/2015
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.