# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __First____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **JULIO C. BLANDON** JOINT DEBTOR: **LILIAM A. GURDIAM** CASE NO.: 14-20094-AJC
Last Four Digits of SS# XXX-XX-6908  Last Four Digits of SS# XXX-7959

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $ 1,308.23   for months  1  to  16 ;
   B. $ 1,562.08   for months  17  to  60   ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $525.00 (Motion to Modify)-$4,175.00
   TOTAL PAID $2,000.00
   Balance Due  $ 2,175.00   payable $ 70.12 /month (Months 1 to 16);
                             payable $ 70.20 /month (Months 17 to 31);

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. M&T Bank             Arrearage on Petition Date   $11,910.65
Address: P.O. Box 1288   Arrears Payment $157.56 /month (Months 1 to 16)
Buffalo, NY 14240        Arrears Payment $ 213.41 /month (Months 17 to 60)
 Account No: X5323       Regular Payment $1,048.52 /month (Months 1 to 16)
                         Regular Payment $1,104.53 /month (Months 17 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    None           Total Due  $_____
                     Payable $_____/month (Months____ to ___) Regular Payment $____

Unsecured Creditors:  Pay $ 11.50 /month (Months 1 to 16), $ 17.73 /month (Months 17 to 31);
Pay $87.93 /month (Months 32 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

/s/ Robert Sanchez, Esq.                                   /s/Robert Sanchez, Esq.
Debtor                                                     Joint Debtor
Date: 9/24/2015                                            Date: 9/24/2015

LF-31 (rev. 06/02/08)