# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
## www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___First___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**:** __JULIO C. BLANDON__ JOINT DEBTOR: __LILIAM A. GURDIAM__ CASE NO.: __14-20094-AJC__
Last Four Digits of SS# XXX-XX-6908  Last Four Digits of SS# ___XXX-7959___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $__1,308.23__ for months __1__ to __16__;
B.   $__1,565.52__ for months __17__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $__3,650.00 + $525.00 (Motion to Modify)-$4,175.00__
    TOTAL PAID $2,000.00
    Balance Due  $__2,175.00__ payable $__70.12__/month (Months _1_ to _16_);
                payable $_70.20_____/month (Months _17_ to _31_);

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal

Property:
1. _M&T Bank___                Arrearage on Petition Date   __$11,910.65__
Address: _P.O. Box 1288_        Arrears Payment $157.56 /month (Months _1_ to _16_ )
Buffalo, NY 14240              Arrears Payment $ 213.41 /month (Months _17_ to _60_ )
 Account No: _X5323___          Regular Payment $1,048.52 /month (Months _1_ to _16___ )
                               Regular Payment $1,107.63 /month (Months _17_ to _60___ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.     None                Total Due  $_____
                         Payable  $_____/month  (Months____ to ___) Regular Payment $____

Unsecured Creditors: Pay $_11.50_/month (Months _1_ to _16_), $_17.73_/month (Months _17_ to _31_);
Pay $87.93_/month (Months _32_ to _60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

_/s/ Robert Sanchez, Esq._                    _/s/Robert Sanchez, Esq._____
Debtor                                      Joint Debtor
Date:___10/8/2015___                       Date:__10/8/2015___