**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __SECOND__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **JULIO C. BLANDON**   JOINT DEBTOR: **LILIAM A. GURDIAM**   CASE NO.: 14-20094-AJC
Last Four Digits of SS# XXX-XX-6908  Last Four Digits of SS# XXX-7959

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 1,308.23  for months  1  to  16 ;
B. $ 1,565.52  for months  17  to  60  ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $525.00 (Motion to Modify)-$4,175.00
TOTAL PAID $2,000.00
Balance Due $ 2,175.00  payable $ 70.12 /month (Months 1 to 16 );
payable $ 70.20 /month (Months 17 to 31 );

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. M&T Bank                        Arrearage on Petition Date   $11,910.65
Address: P.O. Box 1288             Arrears Payment $157.56 /month (Months  1  to  16 )
Buffalo, NY 14240                  Arrears Payment $ 213.41 /month (Months  17 to  60 )
Account No: X5323                  Regular Payment $1,048.52 /month (Months  1 to  16 )
                                   Regular Payment $1,107.63 /month (Months  17 to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.   None          Total Due $_____
Payable $_____/month (Months ___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 11.50 /month (Months 1  to  16 ), $ 17.73 /month (Months 17 to 31 );
Pay $87.93 /month (Months  32  to  60  )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

/s/ Robert Sanchez, Esq.                              /s/Robert Sanchez, Esq.
Debtor                                                Joint Debtor
Date:  10/8/2015                                      Date:  10/8/2015

LF-31 (rev. 06/02/08)