**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Julio C Blandon and Liliam A Gurdian          Case No: 14-20094-AJC
                                                                                        Chapter 13

_____Debtors_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐   No further action is necessary.

2)    The following actions have been taken:

   ☒   The debtor has filed an objection to the proof of claim filed by  Department Stores National Bank/Macys and CERASTES, LLC .

   ☐   The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐   Other: _____
   _____
   _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on February 15, 2016 .

                                    Submitted by:
                                    **ROBERT SANCHEZ, P.A.**
                                    Attorney for Debtor
                                    355 W 49th Street
                                    Hialeah, FL 33013
                                    Tel. (305) 687-8008

                                    By:/s/Robert Sanchez
                                    Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)