UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Julio C Blandon and   Case No. 14-20094-AJC
Liliam A Gurdian      Chapter 13

_____ Debtors_____ /

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM OF CERASTES, LLC [ECF#61]

  **COMES NOW,** undersigned counsel and files this Notice of Withdrawal of

Objection to Claim of CERASTES, LLC [ECF #61] to refile the same objection with the correct

claim number.

  **I HEREBY CERTIFY,** that a copy of this Notice of Withdrawal of Objection to
Claim of CERASTES, LLC [ECF#61], was sent via CM/ECF to: Nancy N. Neidich, Trustee and
via U.S. Regular Mail to:

  Debtors,  Julio C Blandon Liliam A Gurdian,
  7121 W 30th Court,
  Hialeah, FL 33018-5257.

  CERASTES, LLC
  C O WEINSTEIN,PINSON AND RILEY, PS
  Attn: Larry E. Johnson, Manager
  2001 WESTERN AVENUE, STE 400
  SEATTLE, WA 98121
  bncmail@w-legal.com

  CERASTES, LLC
  Holly Chaffin, Officer
  2001 Western Avenue, Suite 430
  Seattle, WA  98121

     **ROBERT SANCHEZ, P.A.**
     355 West 49th Street
     Hialeah, FL  33012
     Tel. 305-687-8008

     By:/s/ Robert Sanchez_____
      Robert Sanchez, Esq., FBN#0442161