UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Julio C. Blandon and Liliam A. Gurdian,
               Debtor.

CHAPTER 13
CASE NO. 14-20094-AJC

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM #03

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Creditor, Cerastes, LLC, hereby withdraws its Proof of Claim 3-1, filed on July 22, 2014 in the above-referenced bankruptcy proceeding.

DATED:  March 16, 2016

**Weinstein & Riley, P.S.**

/s/ Anthony D. Colunga
Anthony D. Colunga (Bar No. 0100202)
Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121
Phone: 206-269-3490
Fax: 206-269-3493
Email: AnthonyC@w-legal.com
Attorney for Cerastes, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Julio C. Blandon and Liliam A. Gurdian,
               Debtor.

CHAPTER 13
CASE NO. 14-20094-AJC

CERTIFICATE OF SERVICE

      I, Devon Gray, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the Notice of Withdrawal of Proof of Claim was served on the following parties by electronics service via the Court's ECF filing system or by first class mail, postage pre-paid on March 16, 2016:

**TRUSTEE:**
NANCY K. NEIDICH
P.O. BOX 279806
MIRAMAR, FL 33027

**DEBTOR:**
JULIO C. BLANDON AND LILIAM A. GURDIAN
7121 W 30TH COURT
HIALEAH, FL 33018-5257

**U.S. TRUSTEE:**
OFFICE OF THE U.S. TRUSTEE
51 SW 1ST AVE, STE 1204
MIAMI, FL 33130

**DEBTOR'S COUNSEL:**
ROBERT SANCHEZ, ESQ.
355 W 49 ST
HIALEAH, FL 33012

Dated: March 16, 2016

/s/ Devon Gray
Devon Gray
Weinstein & Riley, P.S.
2001 Western Ave., Suite 400
Seattle, WA 98121
Legal Assistant to Anthony D. Colunga, Attorney for Cerastes, LLC