UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Julio C. Blandon                                         Case No. 14-20094-AJC
    and
Liliam A. Gurdiam
    Debtors                                              Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COME NOW,** the Debtors, Julio Blandon and Liliam A. Gurdiam by and through their undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On April 30, 2014 the instant case was filed.

2. On October 1, 2014 debtors' chapter 13 plan was confirmed.

3. The debtors are paying arrears and regular monthly payments to M&T Bank in their confirmed plan.

4. M&T Bank has filed a Notice of Mortgage Payment Change increasing the interest rate on the adjustable rate mortgage.

5. The debtors desire to Modify their plan in order to conform to the Notice of Mortgage Payment Change filed by M&T Bank.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's Third Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 7th day of April 2016:  to all parties on the service list.

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Streer
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
           Robert Sanchez, Esq., FBN#0442161