**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
✦ __THIRD__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**:** **JULIO C. BLANDON** JOINT DEBTOR: **LILIAM A. GURDIAM** CASE NO.: 14-20094-AJC
Last Four Digits of SS# XXX-XX-6908 Last Four Digits of SS# XXX-7959

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 1,375.86 for months  1  to  23 ;
  B.  $ 1,681.75 for months  24  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 + $525.00 (Motion to Modify) + $525.00 (Motion to Modify)- $4,700.00
    TOTAL PAID $2,000.00
    Balance Due  $ 2,700.00 payable $ 70.14 /month (Months 1 to 23 );
          payable $ 108.66 /month (Months 24 to 33);
Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. M&T Bank    Arrearage on Petition Date  $11,910.65
Address: P.O. Box 1288   Arrears Payment $171.59 /month (Months  1  to  23 )
Buffalo, NY 14240    Arrears Payment $ 215.25 /month (Months  24 to  60 )
 Account No: X5323    Regular Payment $1,031.91 /month (Months 1 to  23  )
        Regular Payment $1,187.87 /month (Months 24  to  60  )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | None | None | None | None | None |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    None      Total Due  $_____
        Payable  $_____/month (Months\_\_\_\_ to \_\_\_) Regular Payment $\_\_\_\_

Unsecured Creditors: Pay $ 0.00 /month (Months 1 to  23 ), $ 1.79 /month (Months 24  to  33  );
Pay $110.45 /month (Months  34 to  60   ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

 /s/ Robert Sanchez, Esq.         /s/Robert Sanchez, Esq.
Attorney for Debtor         Attorney for Joint Debtor
Date: April 7, 2016         Date: April 7, 2016

LF-31 (rev. 06/02/08)